191 F.3d 641 (6th Cir. 1999)
 Roland Buzenius, Petitioner,
v.
National Labor Relations Board, Respondent, United Paperworkers International Union; United Paperworkers International Union, Local 1033, Intervenors.
 No. 96-5139
 UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
 Decided and Filed: October 13, 1999
 
 On Remand from the United States Supreme Court. Nos. 7-CB-9732(1); 7-CB-9732(2).
 John C. Scully, NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, Springfield, Virginia, for Petitioner.
 Deborah E. Shrager, Margaret Ann Gaines, NATIONAL LABOR RELATIONS BOARD, APPELLATE COURT BRANCH, Washington, D.C., for Respondent.
 James B. Coppess, AFL-CIO LEGAL DEPARTMENT, Washington, D.C., for Intervenors.
 Before: SILER and BATCHELDER, Circuit Judges; and HULL, District Judge.*
 OPINION
 ALICE M. BATCHELDER, Circuit Judge.
 
 
 1
 This case is before us again on remand from the Supreme Court, see United Paperworkers Int'l Union v. Buzenius, 142 L. Ed. 2d 397, 119 S.Ct. 442 (1998), for reconsideration in light of its decision in Marquez v. Screen Actors Guild, Inc., 525 U.S. 33, 142 L. Ed. 2d 242, 119 S.Ct. 292 (1998).
 
 
 2
 Respondent has moved for dismissal of the Petition for Review pursuant to Marquez. Petitioner Buzenius has not opposed this motion. Therefore, without expressing any opinion whatsoever on whether this case may be distinguishable from the Marquez decision, we DISMISS the Petition for Review.
 
 
 
 Note:
 
 
 *
 The Honorable Thomas G. Hull, United States District Judge for the Eastern District of Tennessee, sitting by designation.